UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO.   8:07-cr- $00288$-T-$23$EAJ

GUERINO PIERRE LOUIS                                  18 U.S.C. § 911
                                                      18 U.S.C. § 1015(f)


## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about August 23, 2004, in the Middle District of Florida,

GUERINO PIERRE LOUIS,

defendant herein, an alien, did falsely, knowingly and willfully present himself to be a

citizen of the United States, in that the defendant falsely claimed he was a United

States citizen when registering to vote with the office of the Supervisor of Elections for

Hillsborough County, Florida.

In violation of Title 18, United States Code, Section 911.


## COUNT TWO

On or about August 23, 2004, in the Middle District of Florida,

GUERINO PIERRE LOUIS,

defendant herein, an alien, did knowingly and willfully make a false statement and claim

that he was a citizen of the United States, in order to register to vote in a federal, state

and local election, in that the defendant falsely stated and claimed that he was a United

States citizen when he registered to vote with the Supervisor of Elections for

Hillsborough County, Florida.

In violation of Title 18, United States Code, Section 1015(f).

A TRUE BILL,

Foreperson

JAMES R. KLINDT
Acting United States Attorney

By: _____
ROBERT A. MOSAKOWSKI
Assistant United States Attorney

By: _____
ROBERT E. O'NEILL
Assistant United States Attorney
Acting First Assistant United States Attorney

N:\_Criminal Cases\L\Louis, Guerino Pierre_2007R00700_RAM\p_Indictment.frm