UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.                          CASE NO. 8:07-cr-288-T-23EAJ
                             January 28, 2008
                             Tampa, Florida
                             8:38 a.m.

GUERINO PIERRE LOUIS,

        Defendant.

_____/

TRANSCRIPT OF SENTENCING HEARING
BEFORE THE HONORABLE STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:    ROBERT MOSAKOWSKI
                       Assistant U.S. Attorney
                       400 N. Tampa Street, Suite 3200
                       Tampa, Florida 33602
                       813/274-6000

For the Defendant:     DAVID SECULAR
                       Attorney at Law
                       400 N. Tampa Street, Suite 2700
                       Tampa, Florida 33602
                       813/228-2715

Also Present:          Rebecca Rabone
                       U.S. Probation Officer

Court Reporter:        Kerry Mercade
                       801 N. Florida Avenue
                       Suite 15A
                       Tampa, Florida 33602
                       813/301-5024

Proceedings recorded and transcribed by
computer-aided stenography.

FILED
CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA
08 FEB 28 PM 3:37